USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/16/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEREMIAH FOLSOM HERBERT,

                        Plaintiff,

          -against-

N. KORINES, ET AL.,

                      Defendants.

23-CV-9529 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

Pro se Plaintiff Jeremiah Folsom Herbert ("Plaintiff"), by letter dated December 5, 2025, notifies the Court of depositions that supposedly were to take place on that day.

For the reasons articulated in the Court's Order on December 4, 2025 (ECF No. 64), Plaintiff's notice is premature in light of current motion practice. Upon resolution of the pending motion to dismiss, the matter may proceed to discovery, at which time the Court will direct the Parties to submit a Case Management Plan and will refer the action to a Magistrate Judge who will oversee all discovery matters, including depositions.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at his address as listed on ECF and to show service on the docket.

SO ORDERED:

Dated: December 16, 2025
      White Plains, New York

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE