23-c.v-9529 (N.S.R)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/19/2026__

**MEMO ENDORSED**

Mr.Jeremiah Folsom Herbert,Pro-se,Pl;aintiff]
P.O.Box 618
Auburn,New York 13024
Attn:Pro-se intake office
Formal-Matter: Motion to Compel Discovery Under Rule 37(A)(1)
Please take notice that as the pro-se plaintiff and upon this
Appication for an order compelling discovery demands under rule
33 and 34 and upon good faith efforts to defendants counsel;
Defendants counsel AND defendants have failed to diclose
specific requested discovery items, Plaintiff has indeed upon
good faith efforts made four requests to have the p½roductuion
of each DOCS defendats Disciplinary Records,Audio and Video
Evidence,Counsel for the defendats have indeed repetitively
have failed to turn over requested discovery-demands;
This court shall indeed oder defendants to complel discovery
and this court shall indeed put a scheduling order; Its
hereby requested this that this court order the defendants upon
this action to fully produce all requested records and docments,
under civil rights law 50(A) and under Pubic Officers law 87(E),
Under rule 37(A)(1);This motion is not at all pre-mature for
all efforts by pro-se plaintiff upon defendants counsel under
the local rules of this courtthrough efforts and good faith attem
have indeed been fully made; Its requested that this court
hereby grant this motion to compel pursuant to rule 37(1).
　　　　　　　　Respectfully Submitted by: Jeremiah Herbert,Pro-se

C.C. File
Dated: May18th,2026
Pro-se intake office
Southern District of New York

RECEIVED
JUN 16 2026
U.S.D.C.
W.P.

Plaintiff's motion to compel discovery is DENIED in light of current motion practice. Upon resolution of the pending motion to dismiss, the matter may proceed to discovery, at which time the Court will direct the Parties to submit a Case Management Plan and will refer the action to a Magistrate Judge who will oversee all discovery matters, including depositions. The Clerk of Court is directed to terminate the motion at ECF No. 93 and to mail a copy of this endorsement to Plaintiff at his address as listed on ECF and to show service on the docket.

SO ORDERED:

Date: June 19, 2026
White Plains, New York

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

**AUBURN CORRECTIONAL FACILITY**
P.O. BOX 618
AUBURN, NEW YORK 13024

NAME: Jeremiah Heabut   DIN: 23B1459

SYRACUSE NY 130

3 JUN 2026 AM 3 L

AUBURN CORRECTIONAL FACILITY

US POSTAGE PITNEY BOWES

ZIP 13021
02 1W
0001387039 JUN 01 2026

$ 000.74⁰

Southern District of New York
300 QUARROPAS Street
White Plains, N.Y. 1⁰⁰
23-CV-9529 (N.S.
Pro-se Istake office

Legal-mail

USM
SDNY
JUN 16 2026
W.P.

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
INCARCERATED INDIVIDUAL CORRESPONDENCE PROGRAM

NAME: _Jeremiah_____ DIN: _23B1459_

_Herget_

Printed On Recycled Paper