**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
 JEREMIAH FOLSOM HERBERT,

                          Plaintiff,

        -against-                                    23 **CIVIL** 9529 (NSR)

                                            **JUDGMENT**

LIEUTENANT N. KORINES ET AL.,

                        Defendants.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated July 1, 2026, Defendants' motion to dismiss is GRANTED; and

accordingly, the case is closed.

**Dated:** New York, New York

      July 2, 2026

                                      **TAMMI M. HELLWIG**

                                        **Clerk of Court**

              **BY:**

                                **Deputy Clerk**